AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | TEXAS |

MARIA ORQUIZ and
MONICA DUTCHOVER

V.

SUNRISE SENIOR LIVING
SERVICES, INC.

**JUDGMENT IN A CIVIL CASE**

Case Number: 05-CV-046-KC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
consistent with this Court's Order filed on October 20, 2005, the "STIPULATION OF DISMISSAL WITH PREJUDICE" is **ADOPTED**. The above-entitled action is hereby **DISMISSED** with prejudice.

October 20, 2005
Date

William G. Putnicki
Clerk

(By) Deputy Clerk